AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| United States of America<br>v.<br>Cornell Jermaine WIGFALL<br>a/k/a "Catman"<br><br>*Defendant(s)* | Case No. 2:19-mj-175 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 24, 2019__ in the county of __Berkeley__ in the _____ District of __South Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846, 841(a)(1) and 841(b)(1)(A) | Conspiracy and Attempt to Possess Methamphetamine with Intent to Distribute |
| 18 U.S.C. 922(g)(1) and 924(c) | Possesion of a Firearm in Furtherance of a Drug Trafficking Crime and Possession of a Firearm or Ammunition by a Convicted Felon |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Brian Robinson, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: November 20, 2019
       1:13 pm

City and state: Charleston, South Carolina

_____
Judge's signature

Bristow Marchant, United States Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

### INTRODUCTION

I, BRIAN ROBINSON, a Special Agent with Homeland Security Investigations (HSI), being duly sworn, declare and state:

1. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7)—that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516. I have been a Special Agent with U.S. Customs/HSI since February 2003 and am currently assigned to the Drug Enforcement Administration (DEA) Task Force in Charleston, South Carolina. Prior to my employment with HSI, I was employed as a law enforcement officer in Cobb County, Georgia, for over three years and was assigned to the Marietta/Cobb/Smyrna Narcotics Task Force (MCS Narcotics) for more than two years. While with MCS Narcotics, I conducted and/or participated in numerous drug and money laundering related investigations. Since being assigned to the HSI Charleston office, I have primarily conducted investigations involving the illegal importation and distribution of drugs, and weapon and money laundering violations and, among other things, have conducted or participated in surveillance, the execution of search warrants, debriefings of informants, reviews of recorded conversations, and have conducted or participated in investigations that included the interception of electronic communications. I have written and submitted to the Court numerous affidavits in support of arrest warrants, search warrants, pen registers, Title-III wire intercepts, and electronic

1



tracking device (ETD) warrants. I have served as the lead case agent during numerous wiretap investigations. I have received additional training in these investigations from the DEA, Internal Revenue Service (IRS), and other federal and state government agencies. Through my training, education and experience, I have become familiar with the manner in which illegal drugs are transported, stored, and distributed, the methods of payment for such drugs, the laundering of drug proceeds, and the terminology and coded language used by drug traffickers.

3. I have personally participated in the investigation of the offenses described below. Except where otherwise noted, the information set forth in this Affidavit has been provided to me directly or indirectly by Special Agents of HSI and DEA and other law enforcement officers who have assisted in the investigation. Unless otherwise noted, wherever in this Affidavit I assert that a statement was made, the information was provided by another special agent or law enforcement officer, to whom I have spoken or whose report I have read and reviewed. Such statements are among many statements made by others and are referenced in substance and in part, unless otherwise indicated. Similarly, information resulting from surveillance, except where otherwise indicated, does not necessarily set forth my personal observations but rather may also be observations provided directly or indirectly by, and/or through other Special Agents of HSI or DEA or other law enforcement officers who conducted such surveillance.

4. This Affidavit does not include all the facts known to me regarding this investigation, only those sufficient to establish probable cause that Cornell Jermaine WIGFALL, a/k/a "Catman," has committed the following violations of federal law: possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1);

2



possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c); and attempt and conspiracy to possess with intent to distribute methamphetamine 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A), and 846.

## INTERVIEW OF COOPERATING DEFENDANT

5. On November 13, 2012, agents and Task Force Officers (TFO) from the DEA Task Force in Charleston, South Carolina interviewed a Cooperating Defendant (CD) pursuant to a proffer agreement through the United States Attorney's Office in Charleston, South Carolina. The CD provided information concerning Cornell Jermaine WIGFALL a/k/a "Catman." The CD described that WIGFALL resides in Saint Stephen, South Carolina and distributes large quantities of cocaine. The CD claimed to have seen WIGFALL purchase kilogram quantities of cocaine and in possession of over $100,000 in drug proceeds.

## OCTOBER 24, 2019 SEIZURE OF PARCEL

6. On the morning of October 24, 2019, TFO J.C. White was inspecting inbound parcels at the FedEx distribution center located in Charleston County, South Carolina in an effort to locate illegal contraband being shipped to areas in South Carolina. TFO White observed a suspicious parcel being sorted for delivery that exhibited characteristics that are, based on his training and experience in drug investigations and parcel interdiction, consistent with a drug/illicit item laden parcel. TFO White identified the parcel as bearing FedEx tracking number 7804 4608 6884. The parcel listed the sender as "Cornell Jermaine Wigfall 127 Palla Branch Lane Saint Stephen, SC 29479" and was

3



addressed to "Cayden Meyer 127 Palla Branch Lane Saint Stephen, SC 29479." The parcel had a declared weight of 12.10lbs.

8.     The parcel originated from Ontario, California which is a suburb of Los Angeles, California. California is considered by law enforcement to be a source state for drug distribution due to the state's proximity to Mexico. Furthermore, TFO White has seized numerous parcels originating from California and destined for South Carolina that were found to contain drugs. The parcel was introduced to the mail system via a commercial shipping store, through a commercial mail carrier using an expedited and guaranteed delivery option described as FedEx Priority Overnight. It has been my experience that those who traffic drugs and other illicit items through commercial carriers often do so using expedited delivery options through commercial stores/carriers because it minimizes the amount of time that the parcel is in transit, making it less likely to be detected by law enforcement and commercial carrier security employees. It also allows both the sender and intended recipient the ability to track the parcel, know specific times when the parcel will be delivered and if at any point the parcel was delayed, in turn alerting the involved parties to the possibility of law enforcement investigations/inquiries.

9.     The shipping label listed the sender's information as "Cornell Jermaine Wigfall 127 Palla Branch Lane Saint Stephen SC 29479" with a contact telephone number of (843) 749-2312. A query of the South Carolina Department of Motor Vehicles revealed that on December 21, 2016, Cornell Jermaine WIGFALL provided his address for his driver's license as 127 Palla Branch Lane Saint Stephen SC 29479 and his license is valid. There are no other subjects listed as having a driver's license at the address of 127 Palla Branch Lane Saint Stephen SC 29479. I researched the telephone number listed for the

4



sender and found it to it have no connection to "Cornell Jermaine Wigfall" or "127 Palla Branch Lane Saint Stephen SC 29479."

11.     The shipping label lists the recipient's information as "Cayden Meyer 127 Palla Branch Lane Saint Stephen SC 29479" with a contact telephone number of (310) 817-0877. Investigative efforts found no connection between the name "Cayden Meyer," and the address "127 Palla Branch Lane Saint Stephen SC 29479." I know, through my training and experience in drug investigations and parcel interdiction, that those who traffic drugs and other illicit items through commercial carriers often use fictitious names, fictitious addresses, unrelated addresses, shipping store addresses, fictitious telephone numbers, unrelated telephone numbers and purposely omit information on shipping labels in an effort to prevent law enforcement from learning their true identities and discovering the locations of their criminal operations.

12.     TFO White introduced Canine Bostic, a trained and experienced drug detection canine, to the parcel and a series of other objects known not to contain drugs and or the odor of drugs that Bostic is trained to detect (marijuana, methamphetamine, heroin and cocaine). Bostic alerted to the above listed parcel, and no other objects that he was introduced to, indicating the presence of drug odor emanating from the parcel.

13.     On the morning of October 24, 2019, TFO White obtained a search warrant for the FedEx parcel with tracking number 7804 4608 6884. Upon opening the parcel, TFO White discovered two objects each wrapped in bubble wrap. TFO White removed the bubble wrap and found that each object was wrapped in white towels. Inside of the towels TFO White found two food saver bags with multiple zip lock bags sealed inside. Each of the zip lock bags contained a crystal substance determined to be methamphetamine. TFO



White seized the methamphetamine which weighed approximately 3.70 kilograms.

## OCTOBER 24, 2019 CONTROLLED DELIVERY AND SEARCH WARRANTS

14.   On October 24, 2019, agents and TFO's from the DEA Task Force in Charleston, South Carolina established surveillance at 127 Palla Branch , Saint Stephen, SC 29479. Surveillance observed a black Chevrolet Impala parked at the intersection of Palla Branch Lane and Santee River Road in Saint Stephen, SC. The Impala appeared to be waiting at the entrance of Palla Branch Lane, blocking the road. A query of the South Carolina Department of Motor Vehicles revealed that WIGFALL registered a 2012 Chevrolet Impala at 127 Palla Branch Lane, Saint Stephen, SC 29479. Surveillance observed the Impala make several trips from the entrance of Palla Branch Lane to 123 Palla Branch Lane, Saint Stephen, SC 29479 where surveillance observed WIGFALL exit the Impala, enter the residence at 123 Palla Branch Lane and re-enter the Impala before driving back to the entrance of Palla Branch Lane.

15.   Agents and TFO's from the DEA Task Force in Charleston, South Carolina removed the methamphetamine from the FedEx parcel and replaced it with "sham" drugs. An Undercover Officer (UC) arrived at Palla Branch Lane and exited a UC vehicle with the FedEx parcel that had contained the methamphetamine. WIGFALL exited the Impala to claim and take receipt of the FedEx parcel. WIGFALL entered the Impala with the FedEx parcel and surveillance was maintained as he travelled away from Palla Branch Lane. A traffic stop of the Impala was attempted, however WIGFALL fled in the Impala at a high rate of speed. During the pursuit law enforcement officers observed WIGFALL throwing the towels and "sham" drugs that were contained in the FedEx parcel from the



Impala. WIGFALL ultimately arrived at 608 McHoney Lane, Bonneau, SC 29431 and ran from the Impala. WIGFALL hid under the residence's crawl space in an attempt to elude pursuing officers. WIGFALL was ultimately apprehended.

16.  During a search of WIGFALL's Impala incident to his arrest, law enforcement located and seized several cell phones, a suitcase, a manufacturer's pamphlet for a Keltech Model: PLR-16 5.56 caliber, an accessory attachment for an assault style rifle and a Glock extended magazine with 30 rounds of 9mm Winchester brand ammunition. Inside the suitcase was a black Navy Federal Credit Union deposit bag containing $8,322 in U.S. Currency. Also located in the suitcase was a FedEx receipt from Rancho Cucamonga, California on the date of October 23, 2019 for the FedEx parcel with tracking number 7804 4608 6884 that contained the methamphetamine and an airline boarding pass for WIGFALL's travel to Los Angeles, California on September 30, 2019.

17.  While law enforcement was processing the scene of WIGFALL's arrest at 608 McHoney Lane, Bonneau, SC 29431, a neighbor passing by stopped in the roadway and informed law enforcement on the scene that the male that was arrested hiding under 608 McHoney Lane, Bonneau, SC 29431 (WIGFALL) lives at the residence. Law enforcement checked a set of keys that WIGFALL had in his possession and identified one of the keys on WIGFALL's key ring unlocked the front door to the residence at 608 McHoney Lane, Bonneau, SC 29431. DEA TFO Holbrook obtained a search warrant for 608 McHoney Lane, Bonneau, SC 29431. No one was located inside the residence and law enforcement located and seized a large amount of drugs, and drug distribution paraphernalia including a digital scale, plastic baggies, vacuum sealed bags and a vacuum sealer and cellophane wrap. The drug found at the location have been submitted for



analysis. Law enforcement also located and seized documents and mail in WIGFALL's name addressed to 608 McHoney Lane, Bonneau, SC 29431.

18.  WIGFALL was advised of his Miranda Rights and agreed to speak to law enforcement without an attorney present. WIGFALL was asked about the residence located at 127 Palla Branch Lane Saint Stephen, SC 29479. WIGFALL stated that he lives at 123 Palla Branch Lane Saint Stephen, SC 29479 and that nothing illegal was in the house. WIGFALL then admitted that there was a firearm inside the residence. WIGFALL was asked if he would consent to a search of his residence at 123 Palla Branch Lane Saint Stephen, SC 29479 to which he consented and signed a DEA consent to search form. WIGFALL was then asked about the FedEx parcel that he took possession of. WIGFALL stated that he flew to Los Angeles, California to make music. While in California WIGFALL stated that he met a Hispanic male who asked if he wanted to make some money, to which WIGFALL agreed. WIGFALL stated that the Hispanic male told him all WIGFALL needed to do was provide his address and accept a parcel. The Hispanic male and WIGFALL went together to a local shipping store in the Los Angeles area where WIGFALL shipped the FedEx parcel with tracking number 7804 4608 6884 to 127 Palla Branch Lane Saint Stephen, SC 29479. WIGFALL stated that the Hispanic male paid him approximately $7,000 and that money was located inside his vehicle, the black Chevrolet Impala.

19.  Law Enforcement made contact with the occupants of 127 Palla Branch Lane Saint Stephen, SC 29479, which were WIGFALL's parents. WIGFALL's parents stated that WIGFALL lives at 123 Palla Branch Lane Saint Stephen, SC 29479 and does not stay at 127 Palla Branch Lane Saint Stephen, SC 29479. WIGALL was transported



back to his residence at 123 Palla Branch Lane Saint Stephen South Carolina 29479 to be present for the consent search of the residence.

20.     During the course of the search of 123 Palla Branch Lane Saint Stephen South Carolina 29479, WIGFALL expressed interest in providing information to law enforcement and WIGALL was re-mirandized while at the residence. WIGFALL made admission of residency by stating that he resided there with his wife and their juvenile children. Within the search of 123 Palla Branch Lane, Saint Stephen, South Carolina, 29479, law enforcement located mail addressed to WIGFALL for both the addresses 123 and 127 Palla Branch Lane Saint Stephen South Carolina 29479. This mail documents were located above a motorized pill press in the rear of the residence, which contained a powdery substance, which has been submitted to a lab for analysis. WIGFALL admitted that he was assisting a Mexican based drug trafficking organization move money because he needed to make money for his family. WIGFALL advised law enforcement that he previously was a music artist, but lost his wealth and earnings years ago after he invested in a nightclub in Berkeley County, SC that was subsequently closed. WIGFALL made no admissions of being gainfully employed to generate income, rather WIGFALL was earning income by conducting illegal activities of money laundering and trafficking illegal substances. During the course of the search, WIGFALL was asked about the presence of firearms and drugs in the residence. WIGFALL disclosed that he was aware his wife kept a firearm, a Glock, in an upper kitchen cabinet. Law enforcement went to the cabinet described by WIGFALL and located a 9mm caliber Glock 19 (S/N: VFD402), with a 21 round capacity magazine with 933 Winchester brand ammunition. The 9mm ammunition matched the ammunition found in the Impala that WIGFALL used to transport the FedEx parcel and flee from the



attempted traffic stop. WIGFALL disclosed the presence of another firearm that was pink in color that would be stored beneath his and his wife's mattress, as well additional firearms that WIGFALL claimed his wife used to hunt with. Law Enforcement was unable to locate the pink firearm; however, a ROMARM/CUGIR Draco 7.62 caliber rifle (SN: DB-2354-16 RO) that was spray painted gold was located in a green duffle bag within the master bedroom closet. Contained within the bag, law enforcement located a spray painted single drum magazine containing 69 rounds of 7.62 caliber rifle rounds and four additional magazines. When law enforcement recovered the firearm, WIGFALL made a statement that he spray painted the firearm for the purpose of taking a photograph. In an added on closet where WIGFALL's shoes were stored, law enforcement located a second pill press and a kilogram press used to re-press drugs along with numerous unknown powdery substances and packaging consistent with manufacturing and distribution of illegal substances. WIGFALL acknowledged the presence of the pill press by stating that his wife was a medical professional that makes her own vitamins. WIGFALL stated there was nothing illegal about possessing pill presses. In the same room, law enforcement located a commercial money counter, digital scales, a drum magazine with .223 caliber rifle rounds, and a Glock extended magazine with 30 rounds of 9mm Winchester brand ammunition that was identical to the Glock magazine and ammunition seized from WIGFALL's Impala. Also located within the residence was an additional, opened parcel addressed to 127 Palla Branch Lane Saint Stephen, SC 29479 sent from the Los Angeles, California area in October 2019 as well as a parcel addressed to WIGFALL at 123 Palla Branch Lane Saint Stephen, SC 29479 that contained multiple cocaine test kits. Law enforcement also located a Keltech Model: PLR-16 5.56 caliber (SN: PC629) equipped with a scope and two red



laser pointers on a self above the manual pill press. WIGFALL acknowledged the firearm and stated that his wife used it to shoot birds. Law enforcement located the manufacturer's pamphlet for the same firearm (Keltech Model: PLR-16 5.56 caliber) in the trunk of the Chevrolet Impala driven by WIGFALL.

## CRIMINAL HISTORY

23. A query of WIGFALL's NCIC criminal record indicates that he has an alias of "Catman" among others and has numerous felony convictions which prohibit him from possessing a firearm, including drug trafficking and gun charges.

## CONCLUSION

24. Based on the forgoing, I submit there is probable cause to believe Cornell Jermaine WIGFALL is in violation of 21 U.S.C. § 846, 841(a)(1) and 841(b)(1)(A), and 18 U.S.C. § 922(g)(1) and 924(c) in that he knowingly attempted and conspired to possess with the intent to distribute a controlled substance, was a convicted felon in possession of a firearm or ammunition and possessed a firearm in furtherance of a drug trafficking crime. Based on the foregoing, I respectfully request this Court to issue a Criminal Complaint and Arrest Warrant for Cornell Jermaine WIGFALL.

Assistant United States Attorney Jamie Schoen has reviewed this Affidavit.

_____
Brian Robinson
Special Agent

SWORN TO AND SUBSCRIBED before me
this 20 day of November 2019.

11



_____
BRISTOW MARCHANT
UNITED STATES MAGISTRATE JUDGE